STATE OF NEW JERSEY v. EDWARD LONEY.

May 19, 1971. Petition for certification denied.

IN THE MATTER OF THE ESTATE OF
CHARLES A. HECKMAN, JR., DECEASED.

May 19, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. ERNEST JUNIOR BYNUM.

May 19, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. AUGUST A. FARFALLA,
a/k/a AUGIE A. FARFALLA.

May 19, 1971. Petition for certification denied. (See 113
*N. J. Super.* 557.)

STATE OF NEW JERSEY v. WILLIE LEE WHITE.

May 19, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. BRUCE WALTER LEIKETT.

May 19, 1971. Petition for certification denied.